JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG HO KANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 25-1016-MWF(RAOx)<br><br>ORDER GRANTING STIPULATION TO DISMISS |

The Court has considered the parties' Stipulation to Dismiss, filed August 15, 2025 (the "Stipulation"). (Docket No. 17). For good cause shown, the Court GRANTS the Stipulation and DISMISSES the action with prejudice. The Court shall remain jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge